**FILED**

06/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0144

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0144

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT L. WITHEROW

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellant's motion for a 16-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including July 22, 2022, within which to prepare, serve, and file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2022